

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2015

No. 04-14-00912-CV

**IN THE INTEREST OF J.A.R.**, et al.

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-02265
Honorable Eric Rodriguez, Judge Presiding

**ORDER**

    In accordance with this court's opinion of this date, this appeal is DISMISSED WITHOUT PREJUDICE. Costs of this appeal are taxed against Appellant.

    It is so **ORDERED** on May 20, 2015.

_____
Patricia O. Alvarez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of May, 2015.

_____
Keith E. Hottle, Clerk